```
            FILED            RECEIVED
            ENTERED          SERVED ON
                    COUNSEL/PARTIES OF RECORD

                    NOV 20 2020

            CLERK US DISTRICT COURT
              DISTRICT OF NEVADA
         BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00225-NJK |
| Plaintiff, | WAIVER FOR RIGHT TO APPEAR IN PERSON AT CRIMINAL PROCEEDING |
| v. | |
| OSCAR A. MARISCAL, | |
| Defendant. | |

I understand that I have a right to appear in person in court at the Change of Plea hearing in this case scheduled for Friday, November 20, 2020 at 10:00 a.m. I have been advised of the nature of this proceeding and my right to appear in person at this proceeding. I have been informed that I may appear by video teleconference, or telephone conference if video conference is not reasonably available, in light of the spread of the COVID-19 virus in the District of Nevada and in order to protect my health and safety, as well as those of the attorneys, the court and court staff. Understanding my right to appear in person at this proceeding, I knowingly and voluntarily waive my right to appear at this proceeding in person, and I consent to appear by video teleconference or by telephone conference where the video teleconference is not reasonably available. I consulted with my attorney prior to deciding to waive my right to appear in person at this proceeding.

_Oscar Mariscal 11/19/20_
Defendant's Signature        (date)

_J. L. Diamond   11/19/2020_
Signature of Defendant's Attorney   (date)

JOANNE L. DIAMOND
Printed Name of Defendant's Attorney

_[Judge's signature]_
Judge's Signature        (date)
Nancy J. Koppe, United States Magistrate Judge
Judge's Printed Name and Title.